# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                              NO. 4:13MJ6022-BD

AMJAD KATTOM (02)
EASSA RAWASHDEH (03)
SAHAR KATTOM (05)                                                                         DEFENDANTS

## ORDER

Defendants Amjad Kattom, Sahar Kattom, and Eassa Rawashdeh have now retained counsel to represent them: Lott Rolfe, IV; Omar Greene, II; and Stuart C. Vess, respectively. Accordingly, Jordan Brown Tinsley, Leslie Roger Ablondi, and Richard L. Mays, Jr. are relieved of further representation as court-appointed attorneys under the Criminal Justice Act. However, they will be compensated for services already provided, including Defendants' initial appearance hearings and proceedings to determine, among other things, Defendants' financial ability to pay for legal services.

The Clerk of Court is directed to update the docket for this case to indicate that Mr. Rolfe represents Amjad Kattom; Mr. Greene represents Sahar Kattom; and Mr. Vess represents Eassa Rawashdeh.

IT IS SO ORDERED this 8th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE